936

No. 99–5610. GRAY *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–5618. CURRO *v.* KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–5619. STUBBS *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 99–5622. VO *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 99–5624. CARLSON *v.* WOODS, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–5625. BAILEY *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 99–5626. SCHOUSTER *v.* LANGLEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–5633. JOHNSON *v.* SUPER FRESH FOOD MARKETS, INC. C. A. 3d Cir. Certiorari denied.

No. 99–5637. ADAMS *v.* INMAN. C. A. 8th Cir. Certiorari denied.

No. 99–5638. GRIFFIN *v.* APFEL, COMMISSIONER OF SOCIAL SECURITY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–5641. SHARP *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 99–5642. THIBODEAUX *v.* LOUISIANA. Ct. App. La., 3d Cir. Certiorari denied.

No. 99–5645. LANCASTER *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 99–5652. HATTER *v.* NEW YORK CITY HOUSING AUTHORITY ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–5654. ATHMER *v.* HILL ET AL. C. A. 7th Cir. Certiorari denied.